IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SKIPPY CHARLES RUTOWSKI,

    Petitioner,                     No. CIV S-05-2098 DFL GGH P

    vs.

BOARD OF PRISON TERMS,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 1, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        The magistrate judge recommended that this action be dismissed for petitioner's failure to exhaust state court remedies. In his objections, petitioner argues that he exhausted the legal claims raised in this petition in a petition filed with the California Supreme Court challenging a different conviction. However, to satisfy the exhaustion requirement, petitioner

1

1 must first present all claims in the petition to the California Supreme Court as part of a challenge
2 to the conviction at issue in this habeas corpus petition.  It does not suffice that petitioner has
3 raised some of the same arguments in other cases.
4     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
5 304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire
6 file, the court finds the findings and recommendations to be supported by the record and by
7 proper analysis.
8     Accordingly, IT IS HEREBY ORDERED that:
9     1. The findings and recommendations filed November 1, 2005, are adopted in
10 full; and
11     2. Petitioner's application for a petition for writ of habeas corpus is dismissed for
12 his failure to exhaust state court remedies.
13 DATED: 1/31/2006

_____
DAVID F. LEVI
United States District Judge